IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**BRIAN MICHAEL WATERMAN,**

    **Plaintiff,**

    v.                                    CASE NO. 20-3154-SAC

**DAVID GROVES, et al.,**

    **Defendants.**

## ORDER

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983. Plaintiff filed a motion for leave to proceed *in forma pauperis*. (Doc. 2.) On June 3, 2020, the Court entered a Notice of Deficiency (Doc. 3) granting Plaintiff until July 6, 2020, to provide the financial information required to support his motion for leave to proceed in forma pauperis. *See* 18 U.S.C. § 1915(a)(2). Plaintiff has not provided the financial information by the deadline.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to provide the financial information by the deadline. The Court's order provided that "[i]f you fail to comply within the prescribed time, the Judge presiding over

1

your case will be notified of your non-compliance, and this action may be dismissed without further notice for failure to comply with this court order." (Doc. 3.)  Therefore, this case is dismissed without prejudice pursuant to Rule 41(b).

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED THAT** Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **denied.**

**IT IS FURTHER ORDERED THAT** Plaintiff's motions (Docs. 4, 5, 6) are **denied as moot.**

**IT IS SO ORDERED**.

Dated July 14, 2020, in Topeka, Kansas.

>             <u>s/ Sam A. Crow</u>
>             **Sam A. Crow**
>             **U.S. Senior District Judge**