IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN MICHAEL WATERMAN,

    **Plaintiff,**

    v.                                    CASE NO. 20-3154-SAC

DAVID GROVES, et al.,

    **Defendants.**

## ORDER TO SHOW CAUSE

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis*. Plaintiff is detained at the Cherokee County Jail in Columbus, Kansas ("CCJ"). On September 25, 2020, the Court entered a Memorandum and Order (Doc. 22) granting Plaintiff until October 26, 2020, in which to file a proper second amended complaint on court-approved forms. On October 23, 2020, the Court entered an Order (Doc. 26) granting Plaintiff an extension of time until November 2, 2020, to file a proper second amended complaint. Plaintiff has failed to file a proposed second amended complaint by the Court's deadline.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to submit a proper second amended complaint by the Court's deadline. Therefore, Plaintiff should show good cause why this case should not be dismissed without prejudice pursuant to Rule 41(b) for failure to prosecute.

**IT IS THEREFORE ORDERED THAT** Plaintiff is granted until **November 20, 2020,** in which to show good cause, in writing, to the Honorable Sam A. Crow, United States District Judge, why this action should not be dismissed without prejudice pursuant to Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

Dated November 6, 2020, in Topeka, Kansas.

> **s/ Sam A. Crow**
> **Sam A. Crow**
> **U.S. Senior District Judge**